## WRITTEN PLEA AGREEMENT

UNITED STATES OF AMERICA                           Docket No. 6:06-MJ-00014-WMW

    v.

TIMOTHY HARTLEY

This agreement is entered into this _15_ day of _MAY_ , 2006, by and between the United States of America through its lawful representative, the Defendant and counsel for the Defendant.  The terms of this Written Plea Agreement are as follows:

In exchange for the defendant's plea of guilty to:

_____ Count _____ a violation of_____

_____ Count _____ a violation of_____

_____Count _____ a violation of _____

_____Count _____ a violation of _____

_____Count _____ a violation of _____

_X_ Defendant admits a Violation of Probation in Case No.  6:06-MJ-00014-WMW _____

### AMENDED CHARGES

_____ Count _____ a violation of _____ is amended to _____.
_____ Count _____ a violation of _____ Is amended to _____.

### RECOMMENDATIONS BY GOVERNMENT

The United States will move to dismiss:

____Count ____ a violation of _____

____Count ____ a violation of _____

The United States recommends a deferred Entry of Judgment in the following:

___Count ____a violation of _____
       for a period of ____ months.

1

## PROBATION

__X__ The Defendant shall be placed on Probation for a period of __12__ months under standard terms, (reinstated probation, retroactive to original sentence date of 2/21/06).

_____The Defendant shall be placed on Limited Supervised Probation for a period of _____ months under standard terms.

_____Probation shall become unsupervised upon completion of custody time, all special conditions, community service and payment of financial obligations, set forth by this court.

_____The case is referred to the United States Probation Department for a Presentence Report and Investigation.

_____The Defendant will obey all laws; local, state and federal.

_____The Defendant shall report to the Law Enforcement Officer for post arraignment booking and processing.

## CUSTODY

_____The Defendant is sentenced to ____ day(s) in custody of the United States Bureau of Prisons, with credit for ____ day(s) time served disposition.

_____The Defendant shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on  _____, 2005.

_____The Government will not oppose the defendant serving the time on weekends.

_____The Defendant shall be remanded to the custody of the United States Marshal.

## FINE PAYMENT

The Defendant shall pay a fine as follows:

__X__ Count _VOP_ a fine of $__140.00__ plus a $_10.00_Statutory Assessment, total of $_150.00___
_____Count ____ a fine of $_____ plus a $_____Statutory Assessment, total of $_____
_____Count ____ a fine of $_____ plus a $_____Statutory Assessment, total of $_____
_____Count ____ a fine of $_____ plus a $_____Statutory Assessment, total of $_____
_____Count ____ a fine of $_____ plus a $_____Statutory Assessment, total of $_____

****DEFENDANT WILL MAKE PAYMENTS BEGINNING 12/01/06 AT RATE OF $50.00/MO****

## SPECIAL CONDITIONS

__X__ The Defendant shall abstain from the use or possession of alcohol in Yosemite National Park.

_____The Defendant shall abstain from the use or possession of controlled substances in Yosemite National Park.

2

_____ Attend and Complete _____
_____ Show proof of _____ and if no
proof, return to court on _____, 2006 at _____ a.m./p.m.
_____ Forfeit the following property to the United States: _____
_____The Defendant shall not drive a vehicle unless the vehicle is properly insured and
registered.
_____The Defendant shall not drive a vehicle without a valid driver's license.
_____The Defendant shall not drive a vehicle with any detectable amount of alcohol.

## COMMUNITY SERVICE

_____The Defendant shall perform _____ hours of Community Service on or before _____,
2006, (without receiving compensation) at a **non-profit organization** with written proof of
completion (by the non-profit organization) to be submitted to the court on or before
_____, 2006.

_____If the Defendant does not submit proof of completion, the Defendant will appear in this
court for a proof of compliance conference on _____, 2006, at _____
a.m./p.m.

## RESTITUTION

_____Make restitution in the amount of $_____ to _____
_____Pay restitution in full by _____.
_____Pay restitution in the amount of $_____ per month beginning _____,
and continuing on the _____ day of each month thereafter until paid in full.
_____Restitution payments are to be made by cashiers check or money order, made payable to
the above listed party and payments are to be sent to:

16 U.S.C. 19jj: The Park System Resource Protection Act authorizes the National Park Service to recover damages
to park resources and expend the recovered amounts to implement actions provided for under 16 U.S.C. 19jj §3
without further congressional approval.

## BAIL

_____Bail in the amount of $_____ shall be forfeited and applied to payment of the fine,
any remaining bail shall be exonerated and returned to the surety.
_____Bail in the amount of $_____ shall be exonerated and returned to the surety.
_____Bail in the amount of $_____ shall be exonerated and returned to the defendant.



## STATEMENT OF PROBABLE CAUSE

The Defendant will stipulate to the probable cause statement which is included in the charging documents.

The Defendant admits that he is guilty of the essential elements of the offense(s) to which he is pleading guilty and that those acts did in fact occur.

## ACKNOWLEDGMENTS BY DEFENDANT

The defendant has read the charges against him and fully understands the nature and elements of the crime(s) to which he is pleading guilty, together with the possible defenses thereto.

Defendant agrees that this plea agreement shall be filed with the court and become a part of the record of the case.

The Defendant acknowledges that this plea of guilty is freely and voluntarily made and not the result of force or threats or of promises apart from those set forth in this plea agreement.

There have been no representations or promises from anyone as to what sentence this Court will impose.

Defendant understands and agrees that he will not be allowed to withdraw his plea should the Court fail to follow the government's sentencing recommendations.

Defendant knowingly and voluntarily waives his Constitutional and statutory rights to appeal his plea, conviction and sentence. This waiver of appeal includes, but is not limited to, an express waiver of defendant's right to appeal his plea, conviction and sentence on any ground, including any appeal right conferred by 18 U.S.C. § 3742, and defendant further agrees not to contest his plea, conviction and sentence in any post-conviction proceeding, including but not limited to a proceeding under 28 U.S.C. § 2255.

Defendant understands that by pleading guilty he surrenders certain rights, including the following:
(a) If defendant persisted in a plea of not guilty to the charges against him, he would have the right to a public and speedy trial. The trial would be a trial by a judge sitting without a jury.
Defendant does not have a right to a trial by jury.
(b) At trial, the judge would find the facts, would presume that the defendant is innocent of the charges and, after hearing all the evidence, must be persuaded of the defendant's guilt beyond a reasonable doubt.
(c) At a trial, the government would be required to present its witnesses and other evidence against defendant. Defendant would be able to confront those government

4

witnesses and his/her attorney would be able to cross-examine them.  In turn, defendant could present witnesses and other evidence on his own behalf.  If the witnesses for defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court.

(d) At a trial, defendant would have a privilege against self-incrimination so that he could decline to testify, and no inference of guilt could be drawn from this refusal to testify. Defendant understand that by pleading guilty he is waiving all of the rights set forth above and understands the consequences of his waiver of those rights.

The defendant agrees to waive all rights under the "Hyde Amendment," Section 617, P.L. 105-119 (Nov. 26, 1997), to recover attorneys' fees or other litigation expenses in connection with the investigation and prosecution of all charges in the above-captioned matter and of any related allegations (including without limitation any charges to be dismissed pursuant to this Agreement and any charge previously dismissed).

Pursuant to F.R. Crim. P. 43(b)(2) and (3), the defendant hereby waives his right to be personally present in open court, upon the entering of his plea and sentencing.

The Defendant hereby advises the court that he has read the foregoing Written Plea Agreement and fully understands the contents of this Agreement.  Defendant has had adequate opportunity to discuss the foregoing Written Plea Agreement with his counsel and desires to enter into said agreement.

Signed: _____       Dated: 5/18/2006
        Defendant

Signed: /s/ CAROL MOSES _____       Dated: May 14, 2006, 2006
        Counsel for Defendant

Signed: /s/ ELIZABETH WALDOW _____       Dated: April 25, 2006
        Counsel for Government
        (As authorized on   April 25, 2006)

5