UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:06-mj-00014-WMW |
| Plaintiff, | ORDER TERMINATING PROBATION |
| vs. | |
| TIMOTHY HARTLEY, | |
| Defendant. | |

**ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Probation in the matter of the United States of America vs Timothy Hartley, Case No. 6:06-mj-00014-WMW, is terminated unsuccessfully, effective immediately.

**IT IS HEREBY FURTHER ORDERED** Defendant Timothy Hartley remain outside the confines of Yosemite National Park during the two year pendency of his supervised probation from a new law violation in the Grand Canyon National Park, MAG./CITATION NO. P0418785.

**IT IS SO ORDERED**.

Dated:

The Honorable William M. Wunderlich
United States Magistrate Judge

1     IT IS SO ORDERED.

2   **Dated:   September 6, 2006**          **/s/  William M. Wunderlich**
    mmkd34                                          UNITED STATES MAGISTRATE JUDGE